UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDMAN SACHS EXECUTION & CLEARING, L.P. (f/k/a SPEAR, LEEDS & KELLOGG, L.P.), <br><br> Petitioner, <br><br> v. <br><br> THE OFFICIAL UNSECURED CREDITORS' COMMITTEE OF BAYOU GROUP, LLC, *et al*, on behalf of BAYOU GROUP, LLC, BAYOU MANAGEMENT, LLC, BAYOU ADVISORS, LLC, BAYOU EQUITIES, LLC, BAYOU FUND, LLC, BAYOU SUPERFUND, LLC, BAYOU NO LEVERAGE FUND, LLC, BAYOU AFFILIATES FUND, LLC, and BAYOU ACCREDITED FUND, LLC, <br><br> Respondent. | CIVIL ACTION NO.: <br><br> ECF Case |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on the accompanying Memorandum of Law in Support of Petition to Vacate Arbitration Award, dated July 23, 2010, and the Declaration in Support of Petition to Vacate and its exhibits and appendices, Petitioner Goldman Sachs Execution & Clearing, L.P. (f/k/a Spear, Leeds & Kellogg, L.P.) ("Goldman"), by and through the undersigned counsel, will move this Court on such date as may be set, and before such judge as is assigned, at 500 Pearl Street, New York, New York 10007, for an order: (1) vacating the $20,580,514.52 arbitration award against Goldman served June 24, 2010 in the Financial Industry Regulatory Authority ("FINRA") arbitration proceeding styled <u>The Official Unsecured Creditors' Committee of Bayou Group, LLC v. Goldman Sachs Execution & Clearing, L.P.</u>,

FINRA-DR Arbitration No. 08-01763, and (2) granting such other and further relief as this Court may deem just and proper.

Respectfully submitted,

Dated: July 23, 2010

*[signature]*
Howard Schiffman
Eric A. Bensky
Schulte Roth & Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC  20005
(202) 729-7470 (telephone)
(202) 730-4520 (facsimile)
howard.schiffman@srz.com
eric.bensky@srz.com

Counsel for Goldman Sachs
Execution & Clearing, L.P.
(f/k/a Spear, Leeds & Kellogg, L.P.)

TO:

The Official Unsecured Creditors' Committee of Bayou Group, LLC, *et al.*, c/o its counsel:
John G. Rich, Esq.
Ross B. Intelisano, Esq.
Rich & Intelisano, LLP
1 Trinity Centre
111 Broadway
Suite 1303
New York, NY  10006