# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDMAN SACHS EXECUTION & CLEARING, L.P. (f/k/a SPEAR, LEEDS & KELLOGG, L.P.), <br><br> Petitioner, <br><br> v. <br><br> THE OFFICIAL UNSECURED CREDITORS' COMMITTEE OF BAYOU GROUP, LLC, *et al*, on behalf of BAYOU GROUP, LLC, BAYOU MANAGEMENT, LLC, BAYOU ADVISORS, LLC, BAYOU EQUITIES, LLC, BAYOU FUND, LLC, BAYOU SUPERFUND, LLC, BAYOU NO LEVERAGE FUND, LLC, BAYOU AFFILIATES FUND, LLC, and BAYOU ACCREDITED FUND, LLC, <br><br> Respondent. | CIVIL ACTION NO.: 10 CV 5622 <br><br> ECF Case |

## **OPPOSITION TO CROSS-PETITION TO CONFIRM ARBITRATION AWARD**

Howard Schiffman
Eric A. Bensky
Schulte Roth & Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC  20005
(202) 729-7470 (telephone)
(202) 730-4520 (facsimile)
howard.schiffman@srz.com
eric.bensky@srz.com

Counsel for Goldman Sachs
Execution & Clearing, L.P.
(f/k/a Spear, Leeds & Kellogg, L.P.)

## Table of Authorities

9 U.S.C. § 9 ............................................................................................................................... 1

9 U.S.C. § 10 ............................................................................................................................. 1

DOC ID-11740415.1

Goldman Sachs Execution & Clearing, L.P. ("Goldman") submits this Opposition to the Cross-Petition to Confirm Arbitration Award ("Cross-Petition") filed by The Official Unsecured Creditors' Committee of Bayou Group, LLC, et al.  Section 9 of the Federal Arbitration Act ("FAA") provides for the confirmation of an arbitration award "unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of" the FAA.  9 U.S.C. § 9.  Under Section 10(a)(4) of the FAA, the Court may make an order vacating an arbitration award "where the arbitrators exceeded their powers, or so imperfectly executed them that a mutual, final, and definite award upon the subject matter submitted was not made."  9 U.S.C. § 10(a)(4).  Goldman has filed a petition pursuant to Section 10(a)(4) to vacate the same arbitration award that is the subject of the Cross-Petition.  Should this Court grant Goldman's petition to vacate, as Goldman urges, the grounds for confirming the arbitration award under Section 9 would not be satisfied.

Accordingly, Goldman respectfully requests that this Court deny the Cross-Petition.

Respectfully submitted,

Dated:  September 20, 2010

s/ Howard Schiffman
Howard Schiffman
Eric A. Bensky
Schulte Roth & Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC  20005
(202) 729-7470 (telephone)
(202) 730-4520 (facsimile)
howard.schiffman@srz.com
eric.bensky@srz.com

Counsel for Goldman Sachs
Execution & Clearing, L.P.
(f/k/a Spear, Leeds & Kellogg, L.P.)