## Exhibit B

| Date | Receiving Fund | Source of Funds | Amount |
|---|---|---|---|
| 6/25/2004 | Bayou No Leverage | Citibank - Bayou No Leverage Fund LLC | $240,000 |
| 7/1/2004 | Bayou No Leverage | Direct Investment from 60552514 | $231,800 |
| 7/1/2004 | Bayou No Leverage | Direct Investment from 60598614 | $250,000 |
| 10/1/2004 | Bayou No Leverage | Direct Investment from 61350914 | $50,000 |
| 10/1/2004 | Bayou No Leverage | Direct Investment from 57804114 | $250,000 |
| 11/4/2004 | Bayou Affiliates | Wachovia Bank - Bayou Affiliates Fund, LLC | $31,750 |
| 11/4/2004 | Bayou Accredited | Wachovia Bank - Bayou Accredited Fund, LLC | $1,104,950 |
| 11/4/2004 | Bayou Superfund | Wachovia Bank - Bayou Superfund, LLC | $1,375,550 |
| 12/13/2004 | Bayou Fund | Wachovia Bank - Bayou Management, LLC | $316,500 |
| 12/21/2004 | Bayou No Leverage | Wachovia Bank - Bayou No Leverage Fund, LLC | $1,618,500 |
| 4/1/2005 | Bayou No Leverage | Direct Investment from 5AN1611 | $69,237 |
| 4/1/2005 | Bayou No Leverage | Direct Investment from 6059861 | $347,500 |
| 4/1/2005 | Bayou No Leverage | Direct Investment from 5AN1611 | $511,201 |
| 4/15/2005 | Bayou No Leverage | Direct Investment from 7YE0 | $1,500 |
| 4/15/2005 | Bayou No Leverage | Direct Investment from 61403614 | $2,377 |
| 4/29/2005 | Bayou No Leverage | Wachovia Bank - Bayou Management, LLC | $26,500 |
| 5/24/2005 | Bayou No Leverage | Wachovia Bank - Bayou No Leverage Fund, LLC | $96,888 |
| 6/2/2005 | Bayou No Leverage | Wachovia Bank - Bayou No Leverage Fund, LLC | $61,095 |
| 6/3/2005 | Bayou No Leverage | Wachovia Bank - Bayou No Leverage Fund, LLC | $108,406 |
| | | **Total:** | **$6,693,753.74** |

