## Withdrawals from March 5, 2003 through August 2005

| Date | Account | Amt. |
|---|---|---|
| 4/9/03 | Bayou Fund LLC | ($20,000) |
| 7/24/03 | Accredited | (565,421) |
| 7/24/03 | Superfund | (3,151,256) |
| 7/24/03 | Affiliates | (23,868) |
| 7/24/03 | No Leverage | (759,456) |
| 8/11/03 | Affiliates | (1,853,000) |
| 10/29/03 | Accredited | (85,000) |
| 10/29/03 | Superfund | (3,200,000) |
| 10/29/03 | No Leverage | (535,000) |
| 12/4/03 | Superfund | (4,805,000) |
| 1/16/04 | Accredited | (4,427,551) |
| 1/16/04 | Superfund | (23,641,866) |
| 1/16/04 | No Leverage | (4,415,051) |
| 1/21/04 | No Leverage | (50,000) |
| 3/1/04 | No Leverage | (200,000) |
| 3/15/04 | Accredited | (7,420,000) |
| 3/15/04 | No Leverage | (6,580,000) |
| 3/19/04 | Accredited | (2,000,000) |
| 3/19/04 | Superfund | (40,000,000) |
| 3/19/04 | No Leverage | (3,000,000) |
| 3/22/04 | No Leverage | (445,352) |
| 4/1/04 | No Leverage | (115,694) |
| 4/1/04 | No Leverage | (200,000) |
| 4/5/04 | Accredited | (5,000,000) |
| 4/5/04 | Superfund | (35,000,000) |
| 4/5/04 | Affiliates | (700,000) |
| 4/5/04 | No Leverage | (5,000,000) |
| 4/12/04 | Accredited | (2,135,000) |
| 4/12/04 | Superfund | (9,730,000) |
| 4/12/04 | Affiliates | (788,511) |
| 4/12/04 | No Leverage | (3,172,000) |
| 4/15/04 | Accredited | (324,100) |
| 4/15/04 | Superfund | (1,919,900) |
| 4/15/04 | Affiliates | (164,750) |
| 4/15/04 | No Leverage | (372,300) |
| 8/4/04 | No Leverage | (238,000) |
| 8/18/04 | No Leverage | ($126,900) |
| 12/21/04 | No Leverage | (291,200) |
| 12/21/04 | No Leverage | (351,000) |
| 12/21/04 | No Leverage | (349,400) |
| 12/21/04 | No Leverage | (291,200) |
| 12/21/04 | No Leverage | (335,700) |
| 1/31/05 | Bayou Fund LLC | (2,000,000) |
| 2/7/05 | Bayou Fund LLC | (250,000) |
| 2/22/05 | Bayou Fund LLC | (4,000,000) |
| 3/30/05 | Bayou Fund LLC | (3,421,973) |
| 3/30/05 | Accredited | (826,612) |
| 3/30/05 | Superfund | (229,037) |
| 3/30/05 | No Leverage | (393,545) |
| 3/31/05 | Bayou Fund LLC | (2,623,542) |
| 3/31/05 | Superfund | (1,979,080) |
| 3/31/05 | Affiliates | (58,988) |
| 3/31/05 | No Leverage | (135,713) |
| 4/1/05 | Bayou Fund LLC | (2,116,127) |
| 4/1/05 | Accredited | (673,342) |
| 4/1/05 | Superfund | (1,523,906) |
| 4/1/05 | Affiliates | (148,451) |
| 4/1/05 | No Leverage | (634,106) |
| 4/4/05 | No Leverage | (932,000) |
| 4/5/05 | Bayou Fund LLC | (7,500) |
| 4/5/05 | Accredited | (282,500) |
| 4/5/05 | Superfund | (1,468,000) |
| 4/5/05 | Affiliates | (27,000) |
| 4/19/05 | No Leverage | (309,000) |
| 4/19/05 | No Leverage | (1,500) |
| 4/29/05 | No Leverage | (2,377) |
| 5/25/05 | No Leverage | (26,426) |
| 5/25/05 | No Leverage | (49,483) |
| 5/25/05 | No Leverage | (15,105) |
| 6/3/05 | No Leverage | (32,300) |
| 6/3/05 | No Leverage | (32,301) |
| 6/3/05 | No Leverage | (38,803) |
| 6/3/05 | No Leverage | ($37,302) |
| 8/11/05 | Bayou Fund LLC | (285) |
| 8/11/05 | Accredited | (2,208) |
| 8/11/05 | Superfund | (381) |
| 8/11/05 | Affiliates | (2,592) |
| 8/11/05 | No Leverage | (2,752) |

**TOTAL = ($198,067,711)**


Respondent Exhibit 8