## Withdrawals from June 25, 2004 through August 2005

| Date | Account | Amt. |
|---|---|---|
| 8/4/2004 | No Leverage | ($238,000) |
| 8/18/2004 | No Leverage | (126,900) |
| 12/21/2004 | No Leverage | (351,000) |
| 12/21/2004 | No Leverage | (349,400) |
| 12/21/2004 | No Leverage | (335,700) |
| 12/21/2004 | No Leverage | (291,200) |
| 12/21/2004 | No Leverage | (291,200) |
| 1/31/2005 | Bayou Fund LLC | (2,000,000) |
| 2/7/2005 | Bayou Fund LLC | (250,000) |
| 2/22/2005 | Bayou Fund LLC | (4,000,000) |
| 3/30/2005 | Bayou Fund LLC | (3,421,973) |
| 3/30/2005 | Accredited | (826,612) |
| 3/30/2005 | No Leverage | (393,545) |
| 3/30/2005 | Superfund | (229,037) |
| 3/31/2005 | Bayou Fund LLC | (2,623,542) |
| 3/31/2005 | Superfund | (1,979,080) |
| 3/31/2005 | No Leverage | (135,713) |
| 3/31/2005 | Affiliates | (58,988) |
| 4/1/2005 | Bayou Fund LLC | (2,116,127) |
| 4/1/2005 | Superfund | (1,523,906) |
| 4/1/2005 | Accredited | (673,342) |
| 4/1/2005 | No Leverage | (634,106) |
| 4/1/2005 | Affiliates | (148,451) |
| 4/4/2005 | No Leverage | (932,000) |
| 4/5/2005 | Superfund | (1,468,000) |
| 4/5/2005 | No Leverage | (309,000) |
| 4/5/2005 | Accredited | (282,500) |
| 4/5/2005 | Affiliates | (27,000) |
| 4/5/2005 | Bayou Fund LLC | (7,500) |
| 4/19/2005 | No Leverage | (2,377) |
| 4/29/2005 | No Leverage | (26,426) |
| 5/25/2005 | No Leverage | (49,483) |
| 5/25/2005 | No Leverage | ($32,300) |
| 5/25/2005 | No Leverage | (15,105) |
| 6/3/2005 | No Leverage | (38,803) |
| 6/3/2005 | No Leverage | (37,302) |
| 6/3/2005 | No Leverage | (32,301) |
| 8/11/2005 | Affiliates | (2,752) |
| 8/11/2005 | Accredited | (2,592) |
| 8/11/2005 | Superfund | (2,208) |
| 8/11/2005 | Superfund | (381) |
| 8/11/2005 | Bayou Fund LLC | (285) |

**TOTAL = ($26,218,731)**

Respondent Exhibit 9