# Bayou Funds Monthly Number of Trades -- September 1999 through August 2005

Respondent Exhibit
21

| Month | Volume |
| --- | --- |
| Sep-99 | 365 |
| Oct-99 | 665 |
| Nov-99 | 505 |
| Dec-99 | 610 |
| Jan-00 | 691 |
| Feb-00 | 640 |
| Mar-00 | 798 |
| Apr-00 | 839 |
| May-00 | 1,197 |
| Jun-00 | 675 |
| Jul-00 | 414 |
| Aug-00 | 874 |
| Sep-00 | 367 |
| Oct-00 | 927 |
| Nov-00 | 949 |
| Dec-00 | 664 |
| Jan-01 | 678 |
| Feb-01 | 589 |
| Mar-01 | 722 |
| Apr-01 | 609 |
| May-01 | 641 |
| Jun-01 | 1,092 |
| Jul-01 | 645 |
| Aug-01 | 713 |
| Sep-01 | 425 |
| Oct-01 | 960 |
| Nov-01 | 730 |
| Dec-01 | 608 |
| Jan-02 | 732 |
| Feb-02 | 708 |
| Mar-02 | 648 |
| Apr-02 | 682 |

| Month | Volume |
| --- | --- |
| May-02 | 585 |
| Jun-02 | 295 |
| Jul-02 | 361 |
| Aug-02 | 271 |
| Sep-02 | 274 |
| Oct-02 | 529 |
| Nov-02 | 395 |
| Dec-02 | 205 |
| Jan-03 | 169 |
| Feb-03 | 60 |
| Mar-03 | 590 |
| Apr-03 | 892 |
| May-03 | 1,450 |
| Jun-03 | 1,741 |
| Jul-03 | 1,560 |
| Aug-03 | 1,980 |
| Sep-03 | 1,390 |
| Oct-03 | 1,562 |
| Nov-03 | 1,732 |
| Dec-03 | 1,854 |
| Jan-04 | 1,682 |
| Feb-04 | 745 |
| Mar-04 | 1,458 |
| Apr-04 | 423 |
| May-04 | 0 |
| Jun-04 | 0 |
| Jul-04 | 0 |
| Aug-04 | 0 |
| Sep-04 | 0 |
| Oct-04 | 0 |
| Nov-04 | 20 |
| Dec-04 | 35 |

| Month | Volume |
| --- | --- |
| Jan-05 | 6 |
| Feb-05 | 94 |
| Mar-05 | 93 |
| Apr-05 | 11 |
| May-05 | 0 |
| Jun-05 | 0 |
| Jul-05 | 0 |
| Aug-05 | 0 |