# BAYOU SECURITIES LLC

BAYOU NO LEVERAGE FUND LLC
ATTN TOM ATKINSON
40 SIGNAL ROAD
STAMFORD   CT 06902

| Account No. | Taxpayer Id. | Statement Period | Page |
|---|---|---|---|
| 75SY | 45-0503476 | 10/01/04 - 10/29/04 | 23/30 |

Spear, Leeds & Kellogg
30 Hudson Street
Jersey City, NJ 07302

** REPRINTED ON: 10/05/05 **

## CAPITAL ACCOUNT STATEMENT

| DATE | LONG (Bought or Received) | SHORT (Sold or Delivered) | DESCRIPTION | PRICE/ CODE | DEBIT | CREDIT | LEDGER BALANCE |
|---|---|---|---|---|---|---|---|
| | | | **Account 75SY5519  CAPITAL ACCOUNT MARGIN** | | | | |
| | | | Balance Forward 09/30/04 | | | | $1,820,803.10CR |
| 10/01/04 | | | DIRECT INVESTMENT FR 61350914 | ACT | | 50,000.00 | $1,870,803.10CR |
| 10/01/04 | | | DIRECT INVESTMENT FR 57804114 | ACT | | 250,000.00 | $2,120,803.10CR |
| 10/29/04 | | | 09/30-10/28 CREDIT INTEREST | MI | | 549.95 | $2,121,353.05CR |
| | | | Closing Balance 10/29/04 | | | | $2,121,353.05CR |

GSEC BAYOU 01255

# BAYOU SECURITIES LLC

| Account No. | Taxpayer Id. | Statement Period | Page |
|---|---|---|---|
| 75S0 | 45-0503481 | 11/01/04 - 11/30/04 | 25/33 |

BAYOU ACCREDITED FUND LLC
ATTN TOM ATKINSON
40 SIGNAL ROAD
STAMFORD   CT   06902

Spear, Leeds & Kellogg
30 Hudson Street
Jersey City, NJ 07302

** REPRINTED ON: 10/05/05 **

## CAPITAL ACCOUNT STATEMENT

| DATE | LONG (Bought or Received) | SHORT (Sold or Delivered) | DESCRIPTION | PRICE/CODE | DEBIT | CREDIT | LEDGER BALANCE |
|---|---|---|---|---|---|---|---|
| | | | Balance Forward 10/31/04 | | | | $1,286,087.00CR |
| 11/04/04 | | | WACHOVIA BANK | FWI | | 1,104,950.00 | $2,391,037.00CR |
| 11/30/04 | | | 10/29-11/29 CREDIT INTEREST | MI | | 986.88 | $2,392,023.88CR |
| | | | Closing Balance 11/30/04 | | | | $2,392,023.88CR |

Account 75S05519   CAPITAL ACCOUNT MARGIN

GSEC BAYOU 01985

# BAYOU SECURITIES LLC

| Account No. | Taxpayer Id. | Statement Period | Page |
|---|---|---|---|
| 75S1 | 32-0062905 | 11/01/04 - 11/30/04 | 25/33 |

BAYOU SUPERFUND LLC
ATTN TOM ATKINSON
40 SIGNAL ROAD
STAMFORD    CT 06902

Spear, Leeds & Kellogg
30 Hudson Street
Jersey City, NJ 07302

** REPRINTED ON: 10/05/05 **

## CAPITAL ACCOUNT STATEMENT

Account 75S15519   CAPITAL ACCOUNT MARGIN

| DATE | LONG (Bought or Received) | SHORT (Sold or Delivered) | DESCRIPTION | PRICE/CODE | DEBIT | CREDIT | LEDGER BALANCE |
|---|---|---|---|---|---|---|---|
|  |  |  | Balance Forward 10/31/04 |  |  |  | $6,579,462.53CR |
| 11/04/04 |  |  | WACHOVIA BANK | FWI |  | 1,375,550.00 | $7,955,012.53CR |
| 11/30/04 |  |  | 10/29-11/29 CREDIT INTEREST | MI |  | 1,245.82 | $7,956,258.35CR |
|  |  |  | Closing Balance 11/30/04 |  |  |  | $7,956,258.35CR |

GSEC BAYOU 00460

# BAYOU SECURITIES LLC

| Account No. | Taxpayer Id. | Statement Period | Page |
|---|---|---|---|
| 75S2 | ON-FILE | 11/01/04 - 11/30/04 | 25/33 |

** REPRINTED ON: 10/05/05 **

## CAPITAL ACCOUNT STATEMENT

BAYOU AFFILIATES FUND LLC
40 SIGNAL ROAD
STAMFORD   CT 06902

Spear, Leeds & Kellogg
30 Hudson Street
Jersey City, NJ 07302

| DATE | LONG (Bought or Received) | SHORT (Sold or Delivered) | DESCRIPTION | PRICE/CODE | DEBIT | CREDIT | LEDGER BALANCE |
|---|---|---|---|---|---|---|---|

Account 75S25519   CAPITAL ACCOUNT MARGIN

| DATE | DESCRIPTION | PRICE/CODE | DEBIT | CREDIT | LEDGER BALANCE |
|---|---|---|---|---|---|
| | Balance Forward 10/31/04 | | | | $31,742.81DB |
| 11/04/04 | WACHOVIA BANK | FWI | | 31,750.00 | $7.19CR |
| 11/30/04 | 10/29-11/29 CREDIT INTEREST | MI | | 28.76 | $35.95CR |
| | Closing Balance 11/30/04 | | | | $35.95CR |

GSEC BAYOU 00874