Page 9

1    PROCEEDINGS
2  was a Ponzi scheme.  They should have to put
3  the money up together with prejudgment
4  interest.  Because the standard is the
5  fairness to the creditors.
6  And as to the money coming back, they
7  never met the burden that the money came
8  back.
9  As to the $13 million, it was their
10 burden under Gredd to show no harm that the
11 money actually did come back and benefited
12 the estate.  Actually, they never showed that
13 that $13 million deposit was not lost in
14 trading, part of the $90 million or that
15 $40 million that was lost in trading during
16 that period.  They haven't shown it,
17 therefore they can't say anything about it.
18 As to the transfers in '04 and '05, all
19 they've submitted is a schedule showing
20 withdrawals from the G50 accounts.  Again,
21 that hasn't shown their burden that the money
22 came back anywhere.  Nor was it refunded back
23 through the Ponzi scheme.
24 And they haven't demonstrated that the
25 body of funds actually got the benefit of any

Page 10

1    PROCEEDINGS
2  money which did come back, which they haven't
3  proved that it did.
4  So we think that -- I mean, that just
5  gets back into the whole area of whether they
6  met the burden of no harm, no foul.  We don't
7  think they have at all.  But we think that
8  the standard is in your discretion,
9  exercising your equitable powers, looking at
10 the totality of the circumstances, the fact
11 that the creditors have not had the benefit
12 of this money for this period of time.
13     MR. GRASSI:  Okay.  Mr. Schiffman, do
14 you have anything to add?
15     MR. SCHIFFMAN:  Again, Mr. Grassi, my
16 only concern is that, in the three days of
17 the questions of the panel, you haven't asked
18 him how come, if it's only cash, why it's in
19 transfer?  Our concern is how come you
20 haven't asked him, in the three days of
21 arguments, how come the money was transferred
22 from the Bayou fund to the other Bayou funds?
23 Why didn't that work under Gredd?
24 I am concerned -- I guess my comment is
25 why haven't you asked Mr. Rich to explain to

Page 11

1    PROCEEDINGS
2  you why, even if you accept Gredd, why -- in
3  Gredd there was indebtedness, as Mr. Rich
4  admitted, throughout the time.
5  I guess I am concerned that we're not
6  communicating with you.  Because you haven't
7  asked any hard questions to them on the
8  dispositive issues.  And so I want to make
9  sure that I have an opportunity with you to
10 make sure that the issues which seem to be
11 the dispositive issues, even if you accept
12 Gredd, you haven't asked him why is that not
13 so.  Why is not the Bank of Bermuda transfer
14 of funds to fund dispositive?  Why is it not
15 so when the funds are in a bank account in
16 the period?
17 But, again, as to the issue of interest,
18 I think we both agree that the law is
19 discretionary.
20     MR. GRASSI:  Okay.  The only reason that
21 I raised the question is that we didn't go
22 into the interest issue in that much depth.
23 I think all the other issues were covered
24 comprehensively by counsel by both sides.
25     MR. SCHIFFMAN:  I guess, Mr. Grassi,

Page 12

1    PROCEEDINGS
2  that's what troubles me.  I don't think so.
3  I hope -- I have now read both transcripts.
4  I hope you have as well.  I haven't heard any
5  answer as to why, under Gredd, the absence of
6  indebtedness isn't dispositive, even
7  accepting Gredd.  In fact, the Gredd court
8  goes out of its way, despite the Kaiser case,
9  and says, yes, we know Kaiser is the law.
10 But we distinguish ourselves from Kaiser.
11 That's Slide 111 of our stuff.  And then in
12 there they say, "We acknowledge that the
13 Kaiser court did not find Schwab's lien to
14 support the transfer liability.  However, we
15 find the lien in this case to be
16 significantly different.  See Kaiser, noting
17 that the lien existed only to secure amounts
18 due Schwab, which there were none."
19 Mr. Rich said last time in the
20 questions, which was, well, Gredd
21 acknowledges that there is no indebtedness in
22 this case throughout both periods.  Then he
23 acknowledges that the Gredd court says there
24 was indebtedness the whole time.  And then he
25 said, well, you have to go further than Gredd