UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GOLDMAN SACHS EXECUTION &
CLEARING, L.P. (F/k/a SPEAR, LEEDS &
KELLOGG, L.P.),

                      Petitioner,

        -against-

THE OFFICIAL UNSECURED CRDITORS'
COMMITTEE OF BAYOU GROUP,
LLC, ET AL,

                      Respondent,
-----------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 11/30/10

10 CIVIL 5622 (JSR)

**JUDGMENT**

# 10,2105

    Petitioner Goldman Sachs' having moved to vacate the arbitration award, and respondent Creditors' committee having cross moved to confirm the award and the matter having been brought before the Honorable Jed S. Rakoff United States District Judge, and the Court, on November 30, 2010, having issued its Opinion and Order dismissing petitioner Goldman Sachs' petition to vacate the arbitration award and granting respondent Creditors' Committee cross-petition to confirm the award in the amount of $20,580,514.52 in its entirety, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 30, 2010, petitioner Goldman Sachs' petition to vacate the arbitration award is dismissed and respondent Creditors' Committee's cross petition to confirm the award in the amount of $20,580,514.52 is granted in it entirety.

Dated: New York, New York
        November 30, 2010

                                                    RUBY J. KRAJICK
                                                       Clerk of Court
                                      BY:
                                                         Deputy Clerk

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** 12/1/10